15-271-cv
KUS

Case No. _____

| | | |
|---|---|---|
| Rowland J. Martin , | ) | TEXAS COURT OF APPEALS |
| Petitioner in His Capacity As | ) | |
| As An Individual And As | ) | |
| Administrator For The Estate of | ) | |
| Johnnie Mae King, Decedent | ) | |
| v. | ) | |
| | ) | |
| BEXAR APPRAISAL DISTRICT AND | ) | |
| BEXAR APPRAISAL REVIEW BOARD | ) | |
| Respondents | ) | |
| Rowland J. Martin , | ) | FOR THE FOURTH DISTRICT |
| Petitioner in His Capacity As | ) | |
| As An Individual And As | ) | |
| Administrator For The Estate of | ) | |
| Johnnie Mae King, Decedent | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CRISTINA GONAZALEZ AND BRADELY | ) | |
| BALDERAMMA, ATTORNEYS FOR THE | ) | |
| LAW FIRM OF LINEBARGER GOGGAN | ) | |
| BLAIR AND SAMPSON, | ) | |
| Respondents | ) | BEXAR COUNTY, TEXAS |

2015 APR 30 PM 4:20

### APPELLANT'S NOTICE OF FILING OF NOTICE OF APPEAL

Notice is hereby given that Petitioner filed the attached notice of appeal in the Bexar County

Probate Court #1 on April 16, 2015 as set forth in the attached filing. Petitioner has also filed a post-order

motion for findings of fact and conclusions of law which is still under review.

Dated: April 30, 2015

Respectfully Submitted,

Rowland J. Martin
951 Lombrano
San Antonio, Tx 78207
(210) 323-3849

## CERTIFICATE OF SERVICE

I mailed a copy of Appellant's "Appellant's Notice of Filing Of Notice of Appeal " on April 30, 2015, to Attorney Don Stecker, 711 Navarro, San Antonio Texas.

_____

Rowland J. Martin

| | | |
|---|---|---|
| Rowland J. Martin , | ) | IN THE PROBATE COURT 3: 43 |
| Petitioner in His Capacity As | ) | |
| As An Individual And As | ) | |
| Administrator For The Estate of | ) | |
| Johnnie Mae King, Decedent | ) | |
| v. | ) | |
| | ) | |
| BEXAR APPRAISAL DISTRICT AND | ) | |
| BEXAR APPRAISAL REVIEW BOARD | ) | |
| Respondents | ) | |
| Rowland J. Martin , | ) | NUMBER ONE |
| Petitioner in His Capacity As | ) | |
| As An Individual And As | ) | |
| Administrator For The Estate of | ) | |
| Johnnie Mae King, Decedent | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CRISTINA GONAZALEZ AND BRADELY | ) | |
| BALDERAMAS, ATTORNEYS FOR THE | ) | |
| LAW FIRM OF LINEBARGER GOGGAN | ) | |
| BLAIR AND SAMPSON, | ) | |
| Respondents | ) | FOR BEXAR COUNTY, TEXAS |

## NOTICE OF APPEAL

Notice is hereby given pursuant to Tex. R. App. Pro. 25 that an appeal is being taken from an

order of the Bexar County Probate Court #1 in the above styled case, *In the Matter of Johnnie Mae King,*

*Decedent*, Probate Court No. 2001-PC-1263. The order was entered by the Probate Court on March 31,

2015.[1] The order granted relief the respondents' motion to dismiss an appeal by the undersigned

Administrator from the denial of an appraisal review board protest without leave to amend the original

petition, and denied all other relief not specifically granted, including relief that had been sought against

the private tax collectors for the Bexar County tax authorities in connection with review board appeal.

The appeal is taken to the Fourth District Court of Appeals. The notice of appeal originally filed on April

1, 2015 is hereby withdrawn in its entirety, and is replaced with the instant notice, to reflect that the

appeal is subject to a pending Probate Court proceeding on Plaintiff's motion for rehearing and for

---

[1]	Though dated March 30, 2015 by the Probate Court, the order was in fact entered by that Court following a hearing on march 31, 2015.

findings of fact and conclusions of law, *City of San Antonio v. Rogers Shavano Ranch, Ltd.*, 383 S.W.3d 234 (Tex. App.-San Antonio 2012, pet. denied) (plea to jurisdiction denied), and also to reflect that the undersigned Administrator of the Estate is the party giving notice of appeal, pursuant to Tex. R. Civ. Pro. 7, solely in his individual capacities as Administrator for the Estate and as an assignee heir holding a fee simple heirship interest in the subject property of the appeal, as expressly authorized by the Probate Court in its oral ruling on March 31, 2015.[2]

Dated: April 16, 2015

Respectfully Submitted,

_____
Rowland J. Martin
Administrator for Estate of King
951 Lombrano
San Antonio, Tx 78207
(210) 323-3849

---

[2]    In accordance with the Probate Court's oral ruling on March 31, 2015, the filing of this notice constitutes Petitioner's assertion of a protected due process interest in the fundamental right to act in a dual individual capacity as administrator for the estate and as an heir of the estate. Tex. R. Civ. Pro. 7 and 28 U.S.C. 1654. Petitioner expressly disclaims any unauthorized practice of law. *Cf., Sells v. Drott*, 259 S.W.3d 156 (Tex. 2008). Petitioner is personally interested in the appeal because the appraisal review board decision refused to correct county appraisal records to reflect the mistaken inclusion in the County's tax base, from 2007 to 2009, of non-existent improvements to real property of the estate. Petitioner holds a fee simple interest in the heirship rights to subject property, in part as an heir and in part as a party to a settlement agreement approved by the Probate Court in 2008. Petitioner has an administrative interest in the appeal as a means to wind up estate business that has been delyed by alleged ultra vires conduct by government actors and their agents, and to either distribute the subject property free of constitutionally and statutorily unauthorized encumbrances or to dispose of it otherwise subject to the outcome of this appeal, *Rourk v. Cameron Appraisal Dist.*, 205 S.W. 3d 231 (Tex. App. – Corpus Christi, 2009) (noticing ultra vires exception to immunity for case involving attempted taxation of exempt property). Lastly, Petitioner seeks in both of his individual capacities to secure appellate relief on issues pendant and ancillary to the appraisal issues in order to enforce compliance, by the Bexar County tax authorities and their private collection agents alike, with Estates Code provisions prohibiting untimely suits on rejected or otherwise unenforceable probate claims, *Andrews v. Aldine Independent School District*, 116 S.W.3d 407 (Tex. App.-Houston [14th Dist] 2003, pet. filed).

2

## CERTIFICATE OF SERVICE

I, Rowland Martin, hand delivered a copy of this "Notice of Appeal" to Attorneys Karen Evertson and Conry Davidson c/o Bexar Appraisal District at 411 North Frio, Second Floor, Attn: Legal Department, San Antonio, Texas 78207, as per instructions from Attorney Evertson, on April 16, 2015.

Rowland J. Martin

RECEIVED
APR 1 6 2015
LEGAL DEPARTMENT
Bexar Appraisal District

RECEIVED
APR 1 6 2015
Ceci V. LGBS
Lineberger Firm

3

No. 2001PC1263

In Probate Court
Bexar County, Texas
In Matters Probate

Estate of
JOHNNIE MAE KING, DECEASED

# Letters Of Administration

The State of Texas, County of Bexar

I, GERARD RICKHOFF, Clerk of the Probate Court of Bexar County, Texas, DO HEREBY CERTIFY that on the 1st day of June, 2001 A.D., ROWLAND J. MARTIN, JR.

qualified according to law as ADMINISTRATOR

of the Estate of JOHNNIE MAE KING, DECEASED

and that said appointment is in full force and effect. Given under my hand and seal of office at

San Antonio, Texas, the 1st day of April, 2015.

GERARD RICKHOFF, CLERK
Probate Court No. 1, Bexar County, Texas

By _____, Deputy

JENNIFER NARANJO

VOID